UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-21496-CIV-LENARD/GOODMAN

LEONCIO DEL ROSARIO, et al.

    Plaintiffs,

vs.

LABOR READY SOUTHEAST, INC., et al.

    Defendants.
_____/

## AMENDED STATEMENT OF CLAIM

Plaintiffs, by and through their undersigned counsel, hereby submit their Statement of Claim, and state as follows:

Plaintiffs seek to recover unpaid overtime and minimum wages for the hours they worked in excess of forty (40) per week, and for which Defendants failed to pay them for at the legal rate of time-and-a-half. 29 U.S.C. §§ 206, 207. Plaintiffs were paid for some, but not all, of their overtime wages.[1] Plaintiffs calculate their damages as follows:

*Unpaid Overtime*

**Leoncio Del Rosario**

**March 11, 2011 through May 31, 2011, when Fla. Min. Wage was $7.25 per hour**
44 overtime hours x $3.625 (half-time the minimum wage) = $159.50 x 11 weeks = $1,754.50.

**June 1, 2011 through December 31, 2011, when Fla. Min. Wage was $7.31 per hour**
44 overtime hours x $3.655 (half-time the minimum wage) = $160.82 x 29 weeks = $4,663.78.

---

[1] The hours worked are estimated as a matter of inference as allowed by law. See *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 687-88, 66 S.Ct. 1187, 1192-93 (1946); *Allen v. Board of Public Educ. for Bibb County*, 495 F.3d 1306 (11th Cir. 2007). Accordingly, Plaintiffs reserve the right to amend any calculations set forth herein until such time as discovery is taken.

**January 1, 2012 through December 31, 2012, when Fla. Min. Wage was $7.67 per hour**
44 overtime hours x $3.835 (half-time the minimum wage) = $168.74 x 52 weeks = $8,774.48.

**January 1, 2013 through November 26, 2013, when Fla. Min. Wage was $7.79 per hour**
44 overtime hours x $3.895 (half-time the minimum wage) = $171.38 x 46 weeks = $7,883.48.

Total unpaid overtime wages: $23, 076.24 x 2 (liquidated) = **$46,152.48**.

## Vladimir Rodriguez

**March 11, 2011 through May 31, 2011, when Fla. Min. Wage was $7.25 per hour**
5 overtime hours x $3.625 (half-time the minimum wage) = $18.125 x 11 weeks = $199.375.

**June 1, 2011 through December 31, 2011, when Fla. Min. Wage was $7.31 per hour**
5 overtime hours x $3.655 (half-time the minimum wage) = $18.275 x 29 weeks = $529.975.

**January 1, 2012 through December 31, 2012, when Fla. Min. Wage was $7.67 per hour**
5 overtime hours x $3.835 (half-time the minimum wage) = $19.175 x 52 weeks = $997.10.

Total unpaid overtime wages: $1,726.45 x 2 (liquidated) = **$3,452.90**.

## Alain Vazquez

**September 15, 2013 through December 31, 2013, when Fla. Min. Wage was $7.79 per hour**
5 overtime hours x $3.895 (half-time the minimum wage) = $19.475 x 15 weeks = $292.125.

**January 1, 2014 through July 10, 2014, Fla. Min. Wage is $7.93 per hour**
5 overtime hours x $3.965 (half-time the minimum wage) = $19.825 x 26 weeks = $515.45.

Total unpaid overtime wages: $807.57 x 2 (liquidated) = **$1,615.15**.

## Elvin Aguilera

**September 15, 2012 through December 31, 2012, when Fla. Min. Wage was $7.67 per hour**
5 overtime hours x $3.835 (half-time the minimum wage) = $19.175 x 15 weeks = $287.625.

**January 1, 2013 through February 15, 2013, when Fla. Min. Wage was $7.79 per hour**
5 overtime hours x $3.895 (half-time the minimum wage) = $19.475 x 6 weeks = $116.85.

Total unpaid overtime wages: $404.47 x 2 (liquidated) = **$808.95**.

### Pedro Ricardo

**June 6, 2011 through December 31, 2011 when Fla. Min. Wage was $7.31 per hour**
5 overtime hours x $3.655 (half-time the minimum wage) = $18.275 x 30 weeks = $548.25.

**January 1, 2012 through December 31, 2012 when Fla. Min. Wage was $7.67 per hour**
5 overtime hours x $3.835 (half-time the minimum wage) = $19.175 x 52 weeks = $997.10.

**January 1, 2013 through December 31, 2013, when Fla. Min. Wage was $7.79 per hour**
5 overtime hours x $3.895 (half-time the minimum wage) = $19.475 x 52 weeks = $1,012.70.

**January 1, 2014 through January 15, 2014, Fla. Min. Wage is $7.93 per hour**
5 overtime hours x $3.965 (half-time the minimum wage) = $19.825 x 2 weeks = $39.65.

Total unpaid overtime wages: $2,597.70 x 2 (liquidated) = **$5,195.40**.

### Luis Quintanilla

**June 1, 2011 through December 31, 2011 when Fla. Min. Wage was $7.31 per hour**
5 overtime hours x $3.655 (half-time the minimum wage) = $18.275 x 29 weeks = $529.97.

**January 1, 2012 through December 31, 2012 when Fla. Min. Wage was $7.67 per hour**
5 overtime hours x $3.835 (half-time the minimum wage) = $19.175 x 52 weeks = $997.10.

**January 1, 2013 through December 31, 2013, when Fla. Min. Wage was $7.79 per hour**
5 overtime hours x $3.895 (half-time the minimum wage) = $19.475 x 52 weeks = $1,012.70.

**January 1, 2014 through January 15, 2014, Fla. Min. Wage is $7.93 per hour**
5 overtime hours x $3.965 (half-time the minimum wage) = $19.825 x 2 weeks = $39.65.

Total unpaid overtime wages: $2,579.42 x 2 (liquidated) = **$5,158.84**.

### Peggy Serrano

**October 15, 2012 through December 31, 2012 when Fla. Min. Wage was $7.67 per hour**
10 overtime hours x $3.835 (half-time the minimum wage) = $38.35 x 10 weeks = $383.50.

**January 1, 2013 through December 31, 2013, when Fla. Min. Wage was $7.79 per hour**
10 overtime hours x $3.895 (half-time the minimum wage) = $389.50 x 52 weeks = $2,025.40.

**January 1, 2014 through January 15, 2014, Fla. Min. Wage is $7.93 per hour**
10 hours x $3.965 (half-time the minimum wage) = $39.65 x 2 weeks = $79.30.

Total unpaid overtime wages: $2,488.20 x 2 (liquidated) = **$4,976.40**.

*Minimum Wage Damages*

### Leoncio Del Rosario

**August 19, 2009 through May 31, 2011, when Fla. Min. Wage was $7.25 per hour**
84 hours x $7.25 per hour = $609.00 x 46 weeks = $28,014.00.

**June 1, 2011 through December 31, 2011, when Fla. Min. Wage was $7.31 per hour**
84 hours x $7.31 per hour = $614.04 x 15 weeks = $9,210.60.

**January 1, 2012 through December 31, 2012, when Fla. Min. Wage was $7.67 per hour**
84 hours x $7.67 per hour = $644.28 x 26 weeks = $16,751.28.

**January 1, 2013 through November 26, 2013, when Fla. Min. Wage was $7.79 per hour**
84 hours x $7.79 per hour = $654.36 x 23 weeks = $15,050.28.

Total minimum wages owed: $69,026.16 x 2 (liquidated) = **$138,052.32**.

### Vladimir Rodriguez

**October 15, 2010 through May 31, 2011, when Fla. Min. Wage was $7.25 per hour**
45 hours x $7.25 per hour = $326.25 x 16 weeks = $5,220.00.

**June 1, 2011 through December 31, 2011, when Fla. Min. Wage was $7.31 per hour**
45 hours x $7.31 per hour = $328.95 x 15 weeks = $4,934.25.

**January 1, 2012 through December 31, 2012, when Fla. Min. Wage was $7.67 per hour**
45 hours x $7.67 per hour = $345.15 x 26 weeks = $8,973.90.

**January 1, 2013 through December 31, 2013, when Fla. Min. Wage was $7.79 per hour**
45 hours x $7.79 per hour = $350.55 x 22 weeks = $7,712.10.

Total minimum wages owed: $26,840.25 x 2 (liquidated) = **$53,680.50**.

### Alain Vazquez

**September 15, 2013 through December 31, 2013, when Fla. Min. Wage was $7.79 per hour**
45 hours x $7.79 per hour = $350.55 x 7 weeks = $2,453.85.

**January 1, 2014 through July 10, 2014, Fla. Min. Wage is $7.93 per hour**
45 hours x $7.93 per hour = $356.85 x 13 weeks = $4,639.05.

Total minimum wages owed: $7,092.90 x 2 (liquidated) = **$14,185.80**.

### Elvin Aguilera

**September 15, 2012 through December 31, 2012, when Fla. Min. Wage was $7.67 per hour**
45 hours x $7.67 per hour = $345.15 x 7 weeks = $2,416.05.

**January 1, 2013 through February 15, 2013, when Fla. Min. Wage was $7.79 per hour**
45 hours x $7.79 per hour = $350.55 x 3 weeks = $1,051.65.

Total minimum wages owed: $3,467.77 x 2 (liquidated) = **$6,935.54**.

### Pedro Ricardo

**June 6, 2011 through December 31, 2011 when Fla. Min. Wage was $7.31 per hour**
45 hours x $7.31 per hour = $328.95 x 14 weeks = $4,605.30.

**January 1, 2012 through December 31, 2012 when Fla. Min. Wage was $7.67 per hour**
45 hours x $7.67 per hour = $345.15 x 26 weeks = $8,973.90.

**January 1, 2013 through December 31, 2013, when Fla. Min. Wage was $7.79 per hour**
45 hours x $7.79 per hour = $350.55 x 26 weeks = $9,114.30.

**January 1, 2014 through January 15, 2014, Fla. Min. Wage is $7.93 per hour**
45 hours x $7.93 per hour = $356.85.

Total minimum wages owed: $23,050.35 x 2 (liquidated) = **$44,100.70**.

### Luis Quintanilla

**June 1, 2011 through December 31, 2011 when Fla. Min. Wage was $7.31 per hour**
45 hours x $7.31 per hour = $328.95 x 15 weeks = $4,934.25.

**January 1, 2012 through December 31, 2012 when Fla. Min. Wage was $7.67 per hour**
45 hours x $7.67 per hour = $345.15 x 26 weeks = $8,973.90.

**January 1, 2013 through December 31, 2013, when Fla. Min. Wage was $7.79 per hour**
45 hours x $7.79 per hour = $350.55 x 26 weeks = $9,114.30.

**January 1, 2014 through January 15, 2014, Fla. Min. Wage is $7.93 per hour**
45 hours x $7.93 per hour = $356.85 x 5 weeks = $1,784.25.

Total minimum wages owed: $24,806.70 x 2 (liquidated) = **$49,613.40**.

**Peggy Serrano**

**October 15, 2012 through December 31, 2012 when Fla. Min. Wage was $7.67 per hour**
50 hours x $7.67 per hour = $383.50 x 5.5 weeks = $2,109.25.

**January 1, 2013 through December 31, 2013, when Fla. Min. Wage was $7.79 per hour**
50 hours x $7.79 per hour = $389.50 x 26 weeks = $10,127.00.

**January 1, 2014 through January 15, 2014, Fla. Min. Wage is $7.93 per hour**
50 hours x $7.93 per hour = $396.50 x 4 weeks = $1,586.00.

Total minimum wages owed: $13,822.25 x 2 (liquidated) = **$27,644.50**.

Additionally, the Employer failed to pay the employees for two weeks during their employment. They calculate their damages as follows:

| Employees | MW | Hours | Owed-wk | Weeks | Owed-pd |
|---|---|---|---|---|---|
| Leoncio Del Rosario | $7.79 | 84 | $654.36 | 2 | $1,308.72 |
| Vladimir Rodriguez | $7.79 | 45 | $350.55 | 2 | $701.10 |
| Alain Vazquez | $7.79 | 45 | $350.55 | 2 | $701.10 |
| Elvin Aguilera | $7.79 | 45 | $350.55 | 2 | $701.10 |
| Pedro Ricardo | $7.79 | 45 | $350.55 | 2 | $701.10 |
| Luis Quintanilla | $7.79 | 45 | $350.55 | 2 | $701.10 |
| Peggy Serrano | $7.79 | 50 | $389.50 | 2 | $779.00 |
|  |  |  |  | Subtotal | $5,593.22 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Notices of Electronic Filing generated by CM/ECF to Robert W. Bleakley, Esq. of The Bleakley Bavol Law Firm, 15170 N. Florida Avenue, Tampa, Florida 33613; and Dori K. Stibolt, Esq. of Fox Rothschild LLP, 222 Lakeview Avenue, Suite 700, West Palm Beach, Suite 700, West Palm Beach, Florida 33401, on this 21st day of October, 2014.

THE LAW OFFICES OF
EDDY O. MARBAN
1600 Ponce De Leon Boulevard, Suite 902
Coral Gables, Florida 33134
Telephone (305) 448-9292
Facsimile (305) 448-9477
E-mail: marbanlaw@gmail.com

By: *s/Edilberto O. Marban*
      EDDY O. MARBAN, ESQ.
      Fl. Bar No. 435960